# FOURTH COURT OF APPEALS
### SAN ANTINIO, TEXAS

## EXTENSION OF TIME / FOR RE-HEARING

### NO: 04-14-00742-CR

ANDRES SOLIS, **VIEIMA**
APPEIIANT

V.

THE STATE OF TEXAS
APPEIIE



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 OCT 16 PM 12:12
KEITH E. HOTTLE, CLERK

FOURTH COURT OF APPEALS
OFFICE OF THE CLERK

BEXAR COUNTY JUSTICE CENTER
300 DOLOROSA, SUITE 3200

SAN ANTINIO, TEXAS 78205

TO. THE FOURTH COURT OF
APPEALS DISTRICT

REASON. TIME FOR EXTENSION
( 90 DAYS ) APPELLANT ATTORNEY
REQUESTED, REHEARING


FOURTH COURT OF APPEALS CLERK.
HERE YOU FIND ANDRES SOLIS UIELMA
TDCJ#1964402 pro-se WHICH IS RE
QUESTING AN APPELLATE ATTORNEY, IN
BEHALF OF LACK OF KNOWLEGE OF THE
APPEALS SYSTEM AND ITS PROCESS TO SEEK
A FAIR COURT HEARING, TO RAISE TRUE FACTS
AND PROCEDURES OF THE COURTS OF TEXAS.

THE REASON FOR A REHEARING AND
EXTENSION ARE HERE LIST IN NUMERAL
NUMBERS. STYLE,

## I.

MY ATTORNEY FILED AN ANDERS BRIEF
TO WITHDRAW AS MY COUNSEL.

## II

THAT I ANDRES UIEIMA WAS UNABLE TO
UBTAIN LEGAL BOOKS TO FILE MY OWN
MOTIONS OR TO HAUE ANY ACCESS TO

COURT PERTAINING TO THE DEAD LINES TO ANY COURT MOTIONS.

## III.

NOW THAT I AM HERE AT THE DOMINGEZ STATE JAIL THE LAW LIBRAIRY ONLY GIVES LIMITED TIME AND IT HAS A HOLDING'S THAT ALLOWS THEM TO HAVE ONLY A CERTAIN LEGAL MATERIAL THAT BEST MEETS THE NEEDS OF A SEIFHEIP PERSON THAT IS PRO SE.

## IV

AND ALSO SO FOR THE INSANITY OF THE DEFENDANT WHICH WAS IGNORED BY THE COURTS, THE FIRST IN THE 38TH JUDICIAL DISTRICT COURT. OF UVAIDE COUNTY. TEXAS

## V

THE EVIDENCE AND WITTNESS WHERE NEVER CHALLENGED IN COURT TO SEEK THE TRUETH. THE STATE NEVER BROUGHT FORTH THE WITTNESS FOR CROSS-EXZAMINA TION.

. TO THE FOURTH COURT OF CRIMINAL APPEALS OF SAN ANTONIO, TEXAS HERE THE COURTS PLEADING FOR RELIEF IN THIS MATTER .PLEASE NOTFIE All PARTIES INVOLVED IN THIS MATTER AND COPIES BE FORWARDED SO THAT All PARTIES ARE UNDERSTANDING THE RIGHT TO REQUEST A NEW HEARING BASED ON THE LACK OF (HEIP) ATTORNEY IN THIS MATTER.

PLEASE AT THIS TIME YOUR HELP AND THE HELP OF THE APPEALS BOARD IS NEEDED TO RESOLVE MATTERS THAT ARE NOT BEEN PROVEN TO BE FACTS, BUT DUE PROCESS WHICH THE STATE HAS NOT PROVIDED TRUE FACTS OR GIVE THE DEFENAND DEFENSE THE ACCESS TO COURT THAT IS NEEDED TO REPRESENT TO THE STATE TRUE FACTS AND NOT ONLY THE SO SAID FACTS THAT THE STATE HAS BROUGHT FORWARD (ONE SIDED) STORY. (STATEMENT)

I ANDRES VIELMA TDCJ# 1964402 BEING HOUSED AT THE DOMINGEZ UNIT, SAN ANTONIO TX. ASK THAT THIS REQUEST BE EXCEPTED ON THE FOLLOWING REASONS,

THANK YOU
RESPECTFULLY

_Andres Vielma_
OFFENDER SIGNATURE

10-13-15
DATE

ANDRES VIELMA
#TDCJ 1964402
DOMINGEZ STATE JAIL
6535 CAGNON ROAD
SAN ANTONIO TX. 78252.

special

ANDRES SOLIS VIELMA #19164402
6535 CAGNON ROAD.
SAN ANTONIO TX 78253.

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 OCT 16 PM 12: 12

Keith E. Hottle
KEITH E. HOTTLE, CLERK

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
14 OCT 2015 PM 3 L

OFFICE OF THE CLERK
FOURTH COURT OF APPEALS
PER. KEITH E. HOTTLE
BEXAR COUNTY JUSTICE CENTER
300 DOLOROSA SUITE 3200
SAN ANTONIO TEXAS 78205

7820530037599

FOREVER
USA